**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In re:<br>Hassan E. Coombs and Chemisa I. Coombs<br>Debtors.<br><br>SSN # XXX-XX-3941<br>SSN # XXX-XX-2521 | Chapter 13<br>CASE NO. 19-14475<br><br>NOTICE OF WITHDRAWAL OF<br>PROOF OF CLAIM |

TO: Attorney for the Debtor: John J Martin
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Prosper Marketplace Inc., for account # **XX0305**, in the amount of $5,974.94 docketed by the court on **September 19, 2019**, claim number 17.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:    November 3, 2020

**Weinstein & Riley, P.S.**

/s/ Jordan Morrison
Jordan Morrison, Supervisor
Representative for: Prosper Marketplace Inc.
2001 Western Avenue, Suite 400
Seattle, WA 98121
Contact phone# (877) 332-3543
Email: bncmail@w-legal.com

**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In re:<br>Hassan E. Coombs and Chemisa I. Coombs<br>　　　　　Debtors.<br><br>SSN # XXX-XX-3941<br>SSN # XXX-XX-2521 | Chapter 13<br>CASE NO. 19-14475 |

CERTIFICATE OF SERVICE

I, Poonsri Wallace, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim Number 17 was electronically filed using the Court's ECF system which will send notification of such filing, or by first class mail, postage pre-paid, on November 3, 2020 to the following parties:

<u>Trustee via E-Filing</u>
WILLIAM C MILLER ESQ
ecfemails@ph13trustee.com

<u>Debtors' Counsel via E-Filing</u>
JOHN J MARTIN
jmartin@martin-law.net

<u>U.S. Trustee via E-Filing</u>
U.S. Trustee
USTPRegion03.PH.ECF@usdoj.gov

Dated: November 3, 2020

　　　　　　　　　　　　　　　　　　　/s/ Poonsri Wallace
　　　　　　　　　　　　　　　　　　　Poonsri Wallace