# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In Re:*

|  |  |  |
|---|---|---|
| Hassan E. Coombs | : | Chapter 13 |
| Chemisa I. Coombs | : | |
| Debtor(s) | : | |
|  | : | |
| FREEDOM MORTGAGE CORPORATION | : | Case No.: 19-14475 MDC |
| Movant(s) | : | |
| vs. | : | |
|  | : | |
| Hassan E. Coombs, Chemisa I. Coombs, | : | |
| And William C. Miller, Trustee | : | |
| Respondent(s) | : | |

## RESPONSE TO MOTION OF FREEDOM MORTGAGE CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW COME,** Hassan E. Coombs and Chemisa I. Coombs, Debtors, by and through their attorney, Kimberly D. Martin, and file this Response as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied and strict proof thereof is demanded at trial.

7. Denied and strict proof thereof is demanded at trial.

8. Denied and strict proof thereof is demanded at trial.

9. Denied and strict proof thereof is demanded at trial.

10. Denied and strict proof thereof is demanded at trial.

**WHEREFORE,** Hassan E. Coombs and Chemisa I. Coombs, Debtors, respectfully request this Honorable Court deny Movant's Motion for Relief and for such other and further relief as the Court deems just and proper.

Dated: 12/18/2020                                    Respectfully Submitted,

                                                                   _____/s/_____
                                                                   Kimberly D. Martin, Esquire
                                                                   1022 Court Street
                                                                   Honesdale, PA 18431
                                                                   (570) 253-6899
                                                                   Attorney for Debtors
                                                                   kmartin@martin-law.net