# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In Re:*
HASSAN E. COOMBS,                                       :    Case No.: 19-14475 mdc
CHEMISA I. COOMBS                                       :
       Debtor(s)/Movants                           :    Chapter 13
                                                                 :

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

    Hassan E. Coombs and Chemisa I. Coombs, Debtors in this bankruptcy proceeding have filed a Moiotn to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 5, 2021 you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at

> United States Bankruptcy Court
> Eastern District of Pennsylvania
> Robert N.C. Nix Sr. Federal Courthouse
> 900 Market Street, Suite 202
> Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

> John J. Martin, Esquire
> Law Offices of John J. Martin
> 1022 Court Street
> Honesdale, PA 18431
> (570) 253-6899
> Fax No. 570-253-8975
> jmartin@martin-law.net

   2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

   3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Colman on March 11, 2021, at 11:00 A. M in Courtroom 2, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 202, Philadelphia, PA 19107.

   4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

   5. You may contact the Bankruptcy Clerk's office(s) in Philadelphia at 215-408-2800 or Reading at 610 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: February 7, 2021