# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-14475-MDC

HASSAN E. COOMBS
CHEMISA I. COOMBS
193 BARNSBURY ROAD

LANGHORNE, PA 19047-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    HASSAN E. COOMBS
    CHEMISA I. COOMBS
    193 BARNSBURY ROAD

    LANGHORNE, PA 19047-

Counsel for debtor(s), by electronic notice only.

    JOHN J. MARTIN
    1022 COURT STREET

    HONESDALE, PA 18431-

Date: 4/15/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee