**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Hassan E. Coombs and Chemisa I. Coombs ) | Chapter 13 |
| ) | |
| **Debtor(s)** ) | |
| ) | Bk. No. 19-14475 |
| ) | |

**Praecipe to Withdraw Motion to Modify Plan**

To the Clerk:

Kindly withdraw Debtors' Motion to Modify Plan on behalf of the Debtors.

Date: 5-5-21                                      /s/John J. Martin, Esquire
                                                         John J. Martin, Esquire
                                                         1022 Court Street
                                                         Honesdale, PA 18431
                                                         570-253-6899