**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HASSAN E. COOMBS<br>CHEMISA I. COOMBS | Chapter 13 |
| Debtor | Bankruptcy No. 19-14475-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

May 20, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN J. MARTIN
1022 COURT STREET

HONESDALE, PA 18431-

Debtor:
HASSAN E. COOMBS
CHEMISA I. COOMBS
193 BARNSBURY ROAD

LANGHORNE, PA 19047-