United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 19-14475-mdc
Hassan E. Coombs | Chapter 13
Chemisa I. Coombs
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: May 20, 2021     Form ID: pdf900     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hassan E. Coombs, Chemisa I. Coombs, 193 Barnsbury Road, Langhorne, PA 19047-8105 |
| 14357967 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14357968 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14380072 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14558026 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14357974 | + | Freedom Mortgage Corp, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 14375925 | | Freedom Mortgage Corp., c/o Robert J. Davidow, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14391146 | + | Freedom Mortgage Corporation, bankruptcy department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14357975 | + | Global Netwk, 5320 College Blvd, Shawnee Mission, KS 66211-1621 |
| 14370709 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14357979 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14357984 | + | Usaa Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 14357985 | + | Vistana Portfolio Services, Inc., 9002 San Marco Court, Orlando, FL 32819-8600 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 21 2021 02:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2021 02:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 21 2021 02:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bncmail@w-legal.com | May 21 2021 02:27:00 | Prosper Marketplace Inc., c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 21 2021 02:05:47 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14404626 | | Email/Text: ally@ebn.phinsolutions.com | May 21 2021 02:27:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14357966 | + | Email/Text: ally@ebn.phinsolutions.com | May 21 2021 02:27:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14357969 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 21 2021 02:05:48 | Capital One Bank Usa N, 15000 Capital One Dr, |

Case 19-14475-mdc    Doc 67    Filed 05/22/21    Entered 05/23/21 00:39:32    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2021 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | | Richmond, VA 23238 |
| 14357970 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 21 2021 02:05:51 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 14365325 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | | May 21 2021 02:05:54 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14357971 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | May 21 2021 02:02:06 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14357978 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 21 2021 02:02:09 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14392245 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 21 2021 02:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14357972 | + | Email/PDF: pa_dc_ed@navient.com | | |
| | | | May 21 2021 05:45:44 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14362053 | | Email/Text: mrdiscen@discover.com | | |
| | | | May 21 2021 02:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14357973 | + | Email/Text: mrdiscen@discover.com | | |
| | | | May 21 2021 02:27:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14357976 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | | May 21 2021 02:03:55 | Jpmcb Card, Po Box 15298, Wilmington, DE 19850 |
| 14399611 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 21 2021 02:03:57 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14378591 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 21 2021 02:02:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14357977 | + | Email/Text: bk@lendingclub.com | | |
| | | | May 21 2021 02:27:00 | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14390083 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | May 21 2021 02:27:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2807 |
| 14369696 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | May 21 2021 02:02:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14357980 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | May 21 2021 02:02:04 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14395330 | | Email/PDF: pa_dc_claims@navient.com | | |
| | | | May 21 2021 06:06:05 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14386119 | | Email/PDF: cbp@onemainfinancial.com | | |
| | | | May 21 2021 02:02:04 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14357981 | + | Email/PDF: cbp@onemainfinancial.com | | |
| | | | May 21 2021 02:05:48 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14392309 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 21 2021 02:03:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14392071 | + | Email/Text: bncmail@w-legal.com | | |
| | | | May 21 2021 02:27:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14357982 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 21 2021 02:05:47 | Syncb/pc Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14357983 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 21 2021 02:05:48 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 14358630 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 21 2021 02:03:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14388278 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |

May 21 2021 02:05:53    Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| 14399614 | * | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com |
| JOHN J. MARTIN | on behalf of Debtor Hassan E. Coombs jmartin@martin-law.net kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net |
| JOHN J. MARTIN | on behalf of Joint Debtor Chemisa I. Coombs jmartin@martin-law.net kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net |
| REBECCA ANN SOLARZ | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HASSAN E. COOMBS<br>CHEMISA I. COOMBS | Chapter 13 |
| Debtor | Bankruptcy No. 19-14475-MDC |

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

May 20, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN J. MARTIN
1022 COURT STREET

HONESDALE, PA 18431-

Debtor:
HASSAN E. COOMBS
CHEMISA I. COOMBS
193 BARNSBURY ROAD

LANGHORNE, PA 19047-