December 03, 2022

Chemisa Coombs
193 Barnsbury Road
Langhorne, PA 19047


US Bankruptcy Court
900 Market St # 400
Philadelphia, PA 19107

RE:

| | |
|---|---|
| Docket Identifier | 1914475 |
| Type | BankruptcyChapter13 |
| Disposition Type | Dismissed |
| Filed Date | 2019-07-16 |
| Settled Date | 2021-05-20 |

To Whom It May Concern,

I have a bankruptcy showing on my credit report. I asked the credit bureau to validate the information and they claimed it's verified through you.

Can you please confirm or deny that your office reported this bankruptcy to the credit bureaus?

I was not aware that the U.S. Courts reported information with the credit bureaus.

| | |
|---|---|
| Docket Identifier | 1914475 |
| Type | BankruptcyChapter13 |
| Disposition Type | Dismissed |
| Filed Date | 2019-07-16 |
| Settled Date | 2021-05-20 |

I have enclosed a self-addressed stamped envelop for your convenience. Please send your response back to the above address.

Thank you,

Chemisa Coombs