| | | |
|---|---|---|
| Timothy B. McGrath<br>Clerk of Court | **UNITED STATES BANKRUPTCY COURT**<br>EASTERN DISTRICT OF PENNSYLVANIA<br>Robert N.C. Nix Building<br>900 MARKET STREET<br>Suite 400<br>PHILADELPHIA, PA   19107-4299 | Clerk's Office<br>Telephone<br>(215) 408-2800<br><br>Divisional Office<br>201 Penn Street<br>Suite 103<br>Reading, PA 19601<br>(610)208-5040 |

January 11, 2023

Chemisa I. Coombs

193 Barnsbury Road

Langhorne, PA 19047

Re: 19-14475MDC

Dear Ms. Coombs,

   This is in response to your recent letter regarding your credit report.  It is not the policy of the court to report to any credit agency, nor do we intercede with the removal of questionable reporting.

If you have any questions , you may contact us at 215-408-2800.

Very truly yours,

Timothy B. McGrath

Clerk of Court


BY: <u>Antoinette S.</u>

         Deputy Clerk