United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14475-mdc |
| Hassan E. Coombs | Chapter 13 |
| Chemisa I. Coombs | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Chemisa I. Coombs, 193 Barnsbury Road, Langhorne, PA 19047-8105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2023             Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com |
| John J Martin | |
| | on behalf of Joint Debtor Chemisa I. Coombs jmartin@martin-law.net kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net |
| John J Martin | |
| | on behalf of Debtor Hassan E. Coombs jmartin@martin-law.net kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| ROBERT J. DAVIDOW | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

THOMAS SONG
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

| | | |
|---|---|---|
| Timothy B. McGrath<br>Clerk of Court | **UNITED STATES BANKRUPTCY COURT**<br>EASTERN DISTRICT OF PENNSYLVANIA<br>Robert N.C. Nix Building<br>900 MARKET STREET<br>Suite 400<br>PHILADELPHIA, PA  19107-4299 | Clerk's  Office<br>Telephone<br>(215) 408-2800<br><br>Divisional Office<br> 201 Penn Street<br>Suite 103<br>Reading, PA 19601<br>(610)208-5040 |

February 13, 2023

Chemisa Coombs
193 Barnsbury Rd.
Langhorne, PA 19047

Re:19-14475

Dear   Ms. Coombs   ,

This is in response to your recent letter regarding your credit report.  It is not the policy of the court to report to any credit agency, nor do we intercede with the removal of questionable reporting.

If you have any questions , you may contact us at 215-408-2800.

Very truly yours,

Timothy B. McGrath
Clerk of Court


BY:___Randi J._____

        Deputy Clerk