**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | HASSAN E. COOMBS |
| Debtor 2 (Spouse, if filing) | CHEMISA I. COOMBS |
| United States Bankruptcy Court for the: | EASTERN District of PA (State) |
| Case Number | 19-14475 MDC |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION

**Court claim no. 16**

**Last 4 digits** of any number you use to identify the debtor's account: 3056

**Date of payment change: 12/01/2019**
Must be at least 21 days after date of this notice

**New total payment:**
Principal, interest, and escrow, if any    $2,212.43

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $711.41    **New escrow payment:** $749.99

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why:

**Current interest rate:** _____ %    **New interest rate:** _____ %

**Current principal and interest payment:** _____    **New principal and interest payment:** _____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

**Current mortgage payment:** _____    **New mortgage payment:** _____

Debtor 1  HASSAN E. COOMBS          Case Number (if known) 19-14475 MDC

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Robert J. Davidow, Esquire          Date  November 5, 2019
    Signature

Print:    Robert J. Davidow, Esq., Id. No.321821          Title  Attorney
          First Name    Middle Name    Last Name

Company   Phelan Hallinan Diamond & Jones, LLP

Address   1617 JFK Boulevard, Suite 1400

          Philadelphia, PA 19103

Contact Phone  215-563-7000                               Email  Robert.Davidow@phelanhallinan.com